IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL L. PEREZ-AYALA, et al.,

Plaintiffs

v.                                         CIVIL NO. 97-2050(CCC)

ROBERT MURPHY, et al.,

Defendants

## SETTLEMENT CONFERENCE REPORT

At the Settlement Conference held today, the parties were represented by Counsel Ricardo Ruiz Díaz and María Judith Marchand-Sánchez.

Settlement negotiations were conducted, but some differences still remains. However, after an assessment made by the undersigned as to a possible agreeable solution, the need arose for counsel to further consult with their principals. Notice should be taken that the alternative proposed is not totally acceptable by both parties.

The parties were granted five (5) working days to inform if they are going to settle.

IT IS SO ORDERED.

San Juan, Puerto Rico, September 8, 1999.

s/c: R. Ruiz
     M. Toro
     M. Marchand

J. Antonio Castellanos
United States Magistrate Judge

SEP 1 0 1999

AO 72
(Rev 8/82)