UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

# MINUTES

DATE: September 15, 1999

HONORABLE MAGISTRATE JUDGE J. ANTONIO CASTELLANOS

CIVIL NO:   97-2050(CCC)

========================================================================

ANGEL L. PEREZ-AYALA, et al.,

    Plaintiffs

    v.

ROBERTO MURPHY, et al.,

    Defendants

========================================================================

On September 14, 1999, Attorney María Judith Marchand informed the above-captioned case has been settled. Settlement documents will be filed by September 29, 1999.

s/c: Z. Ruiz
M. Polio
M. Marchand

cmr

SEP 16 1999