IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
OCT -7 1999
_____ PURSUANT
TO FRCP RULES 58 & 79a

ANGEL L. PEREZ-AYALA, MARIA DEL
CARMEN SALAMANCA and the conjugal
society constituted between them

Plaintiffs

vs

ROBERT MURPHY, JANE DOE and the
legal conjugal society constituted between
them; ABC and XYZ INSURANCE CO.;
JOHN DOE AND RICHARD DOE

Defendants

CIVIL 97-2050CCC

RECEIVED & FILED
OCT - 4 1999
CLERK'S OFFICE U.S.
DISTRICT COURT
HATO REY, PR

## JUDGMENT

Having considered the Stipulation and Settlement Agreement filed by the parties on September 30, 1999 (**docket entry 43**), the same is APPROVED and this action is hereby DISMISSED, pursuant to the terms and conditions of said Stipulation and Settlement Agreement which are made part of this Judgment. Each party to bear its own costs and attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on October 5, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: R. Ruiz
M. Pous
M. Marchand

OCT - 7 1999

RECD. | TO JUDGE
OCT | 7 1999

AO 72A
(Rev.8/82)