IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                October 4, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


ANGEL L. PEREZ-AYALA, et al

vs                                    CIVIL 97-2050CCC

ROBERT MURPHY, et al


By order of the Court, Judgment having been entered dismissing this action, the **jury trial set for November 16, 1999 is VACATED**. Parties to be notified.

- Secretary

OCT - 7 1999

RECD. TO JUDGE
OCT 1999